COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:           01-15-00409-CR

Style:           Curtis Sylvester Babers

           **v**. The State of Texas

Date motion filed:        March 30, 2016

Type of motion:        Motion for Extension of Time in which to File Appellate Brief

Party filing motion:      State

Document to be filed:     State's Brief

Is appeal accelerated?     No

If motion to extend time:

      Original due date:           December 16, 2015

      Number of previous extensions granted:      3      Current Due date:  March 15, 2016

      Date Requested:          April 15, 2016

Ordered that motion is:

      ☑     **Granted**

           If document is to be filed, document due:  **April 15, 2016**

           ☑     **The Court will not grant additional motions to extend time.**

      ☐     Denied

      ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐     Other: _____

After this Court granted the State's three requests for an extension of time, the State's brief was due to be filed on March 15, 2016. On March 30, 2016, the Clerk of this Court notified the State that the time for filing its brief had expired and the State had not filed a brief or motion for extension of time to file the brief. The State responded by filing a fourth motion for extension of time, requesting an extension to April 15, 2016, 121 days beyond the original due date. The motion is granted. However, no additional extensions will be granted.

Judge's signature:   /s/ Russell Lloyd
                   ☑ Acting individually

Date:  April 5, 2016